AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY NICO BAILEY<br>DOB: xx/xx/xxxx<br>PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:21-mj-00408<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 4/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 27, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1)<br><br>21 U.S.C. § 841(a)(1)<br>and § 841(b)(1)(D) | knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Springfield Armory XD 45 ACP with a laser and a Glock 42 .380 auto pistol and 9mm and .40 caliber ammunition; and unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

NICHOLAS DAMRON, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 04/28/2021

*Judge's signature*

City and state: WASHINGTON, DC        ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*